# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC McDONALD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOLDOTNA POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00037-RRB |

## ORDER OF DISMISSAL

On May 16, 2019, the Court issued an Order of Dismissal with Leave to Amend.[1] This order instructed the plaintiffs to file an Amended Complaint by June 17, 2019 or file a notice of voluntary dismissal. The order also stated, "If the plaintiffs does not file an Amended Complaint or Notice of Dismissal on the Court form by June 17, 2019, the Court will dismiss the complaint and the action in its entirety without further notice." The plaintiffs have neither filed an Amended Complaint, nor a Notice of Voluntary Dismissal. Accordingly, this case is dismissed without prejudice. The Clerk of Court is directed to enter a judgment.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska this 27th day of June, 2019.

*/s/ Ralph R. Beistline*
Senior United States District Judge

---

[1] Docket 3.